LE ROY F. HOVEY, Respondent, *v.* THOMAS D. RICHARD-
SON, JR., Appellant.

*Hovey* v. *Richardson*, 147 App. Div. 892, reversed.
(Argued April 27, 1914; decided June 2, 1914.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 3, 1912, which affirmed a determination of the Appellate Term reversing a judgment of the Municipal Court of the city of New York in favor of defendant and granting a new trial in an action against the vice-president of a corporation to recover a penalty as prescribed in section 33 of the Stock Corporation Law for failure to exhibit to plaintiff, on demand, the stock book of the corporation.

*Charles E. Rushmore* for appellant.

*Lester S. Kafer* for respondent.

Judgment of Appellate Division and determination of Appellate Term reversed and judgment of Municipal Court affirmed, with costs to appellant in all courts, on opinion of HISCOCK, J., in *Hovey* v. *De Long Hook & Eye Co.* (211 N. Y. 420).

Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, CUDDEBACK and CARDOZO, JJ. Absent: HORNBLOWER, J. Not sitting: MILLER, J.